Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff TERRY SHARP

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| TERRY SHARP | Case No.:   1:13-cv-02028-BAM |
|    Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE;  ORDER |
|    vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
|    Defendant | |

TO THE HONORABLE BARBARA A. MCAULIFFE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Terry Sharp ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, pursuant to the Court's Scheduling Order, to extend for 30 days the time for Plaintiff to file Plaintiff's Opening Brief to September 17, 2014; and that Defendant shall have until October 17, 2014, to file her opposition, if any is forthcoming.  Any reply by plaintiff will be due October 24, 2014.

An extension of time for plaintiff is needed in order to properly address the issues within the administrative record in this matter.  Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: August 20, 2014         Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff TERRY SHARP

DATE:  August 20, 2014        BENJAMIN WAGNER
United States Attorney
Donna L. Calvert
Regional Chief Counsel, Region IX
Social Security Administration


*/S/- Michael K. Marriot

_____
Michael K. Marriot
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

**ORDER**

IT IS SO ORDERED.

Dated:   **October 2, 2014**            /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE