Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff TERRY SHARP

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| TERRY SHARP ) | Case No.:  1:13-cv-02028-BAM |
| ) | STIPULATION TO EXTEND |
| Plaintiff, ) | BRIEFING SCHEDULE;  ORDER |
| ) | |
| vs. ) | |
| ) | |
| CAROLYN COLVIN, Acting ) | |
| ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant ) | |

TO THE HONORABLE BARBARA A. MCAULIFFE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Terry Sharp ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, pursuant to the Court's Scheduling Order, to extend for 60 days the time for Plaintiff to file Plaintiff's Opening Brief to November 17, 2014; and that Defendant shall have until December 17, 2014, to file her

opposition, if any is forthcoming.  Any reply by plaintiff will be due December 31, 2014.

An extension of time is needed because Plaintiff's Counsel's Spouse undergoes chemotherapy treatment for her Stage IV breast cancer which metastasized initially to her liver and continues to progress there and in her lungs, throat, and spine which required recent hospitalization to treat.  Counsel requires the additional time to file the Joint Position Statement to allow him to devote the appropriate time to assist his Spouse and his two elementary school aged children through this obviously stressful experience.   Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: October 1, 2014	Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*

BY: _____
Steven G. Rosales
Attorney for plaintiff TERRY SHARP

DATE:  October 1, 2014	BENJAMIN WAGNER
United States Attorney
Donna L. Calvert
Regional Chief Counsel, Region IX
Social Security Administration


*/S/- Michael K. Marriot


_____
Michael K. Marriot
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

ORDER (1:13-cv-02028-BAM)

The Stipulation to extend time is granted.

IT IS SO ORDERED.

Dated: __**October 2, 2014**__　　　　　　　　__/s/ Barbara A. McAuliffe__
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE