1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail _steven.rosales@rohlfinglaw.com
5
   Attorneys for Plaintiff TERRY SHARP
6

7
                    **UNITED STATES DISTRICT COURT**
8
                    **EASTERN DISTRICT OF CALIFORNIA**
9
                           **FRESNO DIVISION**
10

11
   TERRY SHARP                          )  Case No.:  1:13-cv-2028-BAM
12                                      )  STIPULATION TO EXTEND
            Plaintiff,                  )  BRIEFING SCHEDULE
13                                      )
      vs.                               )
14                                      )
   CAROLYN COLVIN, Acting               )
15                                      )
   Commissioner of Social Security,     )
16                                      )
            Defendant                   )
17  _____ )

18
         TO THE HONORABLE BARBARA A. MCAULIFFE, MAGISTRATE JUDGE OF
19
   THE DISTRICT COURT:
20
         Plaintiff Terry Sharp ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner
21
   of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate,
22
   pursuant to the Court's Scheduling Order, to extend the time for Plaintiff to file Plaintiff's
23
   Opening Brief to November 25, 2014; and that Defendant shall have until December 26, 2014, to
24
   file her opposition, if any is forthcoming.  Any reply by plaintiff will be due January 9, 2015.
25

26

                                        -1-

1    An extension of time for plaintiff is needed in order to properly address the issues within
2    the administrative record in this matter.  Counsel sincerely apologizes to the court for any
3    inconvenience this may have had upon it or its staff.

4    DATE: November 20, 2014          Respectfully submitted,

5                                     LAW OFFICES OF LAWRENCE D. ROHLFING

6                                        /s/ *Steven G. Rosales*
                                 BY: _____
7                                        Steven G. Rosales
                                         Attorney for plaintiff TERRY SHARP
8
     DATE:  November 20, 2014   BENJAMIN WAGNER
9                                        United States Attorney
                                         Donna L. Calvert
10                                       Regional Chief Counsel, Region IX
                                         Social Security Administration
11
                                         */S/- Michael K. Marriot
12                                       _____
                                         Michael K. Marriot
13                                       Special Assistant United States Attorney
                                         Attorney for Defendant
14                                       [*Via email authorization]

15                                              **ORDER**

16       Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY
17   ORDERED, that Plaintiff shall have a second extension of time, to and include November 25,
18   2014, in which to file Plaintiff's Opening Brief; and Defendant's Brief shall be due December
19   26, 2014.  Any reply by Plaintiff will be due January 9, 2015.
20   IT IS SO ORDERED.

21       Dated:   **November 24, 2014**            /s/ *Barbara A. McAuliffe*
22                                                 UNITED STATES MAGISTRATE JUDGE